UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEADRIAN CORTEZ BOYKINS, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:21-cv-00316-JPH-TAB |
| SHERI WILSON, MARTIAL KNIESER, DUAN PIERCE, | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The defendants' motion for summary judgment is **granted** and judgment is entered in favor of the defendants and against the plaintiff on his complaint.

Date: 9/15/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Pam Pope*
Deputy Clerk, U.S. District Court

Distribution:

DEADRIAN CORTEZ BOYKINS
201883
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

All electronically registered counsel.